THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR J. STRASSER, Doing Business under the Name of STRASSER LUMBER COMPANY, Appellant.—

Judgment and decision unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.